Dinnin *v.* The State.

## WILSON *v.* KARST.

145    697
Case 1
167    402

[No. 17,793.   Filed June 19, 1896.]

From the Warren Circuit Court.   *Reversed.*

*Stearns & Ringer, W. L. Rabourn, John Sutton, W. A. Ketcham,* Attorney-General, *C. E. Wiltsie, E. F. Ritter, F. E. Matson,* and *Duncan, Smith & Hornbrook,* for appellants.

*Lamb & Beasley, S. R. Hamill, Baker & Daniels, Stuart Bros. & Hammond, Zollars & Worden.* and *Elliott & Elliott,* for appellee.

JORDAN, J.—The same questions are involved in this appeal as were in the case of *Wilson* v. *Mathis, ante,* 493, and upon the authority of the decision in that cause, the judgment of the lower court is reversed and the cause remanded.

McCABE, J., took no part in this decision.

## DINNIN *v.* THE STATE.

[No. 17,810.   Filed June 19, 1896.]

From the Marion Criminal Court.   *Affirmed.*

*Baker & Daniels, Elliott & Elliott, Stuart Bros. & Hammond, Zollars & Worden, Lamb & Beasley,* and *S. R. Hamill,* for appellant.

*W. A. Ketcham,* Attorney-General, *Duncan, Smith & Hornbrook, E. F. Ritter, C. E. Wiltsie,* and *F. E. Matson,* for State.

JORDAN, J.—Appellant was convicted in the lower court of operating a music box in his saloon in the city of Indianapolis, in violation of section 2 of an act of the General Assembly, approved March 11, 1895, (Acts of 1895, p. 248.)   The questions involved in this appeal were considered and decided adversely to the contentions of appellant, in the case of *The State* v. *Gerhardt, ante,* 439, and upon the authority of that decision the judgment ought to be affirmed.

Judgment affirmed.